UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:24-mj-1044-KCD

DAVID KENDRELLE SIMS

## ORDER

Defendant David K. Sims has been charged with wire fraud in a criminal complaint. (Doc. 1.) The Government now moves for more time to indict Defendant. (Doc. 22.) Specifically, the Government seeks "a determination by the Court that the ends of justice warrant a finding that the time between today and May 15, 2024, should be excludable time, pursuant to 18 U.S.C. § 3161(h)." (*Id.* at 1.)

Defendant does not oppose the Government's motion. And the Court otherwise finding good cause, it is now **ORDERED**:

1.      The Government's Unopposed Motion for a Finding of Excludable Time (Doc. 22) is **GRANTED**;

2.      The ends of justice served by tolling the speedy indictment clock between today's date and May 15, 2024, outweigh the best interest of the public and the defendant in a speedy trial, and thus the time from today until May 15, 2024, is excludable time pursuant to 18 U.S.C. § 3161(h).

**ENTERED** on April 15, 2024.

Kyle C. Dudek
United States Magistrate Judge