UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO.: 2:24-mj-1044-KCD

DAVID KENDRELLE SIMS

**ORDER**

Defendant David K. Sims has been charged with wire fraud in a criminal complaint. (Doc. 1.) The Government now moves for more time to indict Defendant. (Doc. 24.) Specifically, the Government seeks "a determination by the Court that the ends of justice warrant a finding that the time between today and June 17, 2024, should be excludable time, pursuant to 18 U.S.C. §3161(h)." (Id. at 1.)

Defendant does not oppose the Government's motion. And the Court otherwise finding good cause, it is now ORDERED:

1. The Government's Unopposed Motion for a Finding of Excludable Time (Doc. 24) is GRANTED;

2. The ends of justice served by tolling the speedy indictment clock between today's date and June 17, 2024, outweigh the best interest of the public and the defendant in a speedy trial, and thus the time from today until June 17, 2024, is excludable time pursuant to 18 U.S.C. § 3161(h).

**ENTERED** on May 28, 2024.

Kyle C. Dudek
United States Magistrate Judge